UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS PERDOMO,

Plaintiff,

v.

"PLUMBER," et al.,

Defendants.

Case No. 17-06962 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. On April 12, 2018, the Court dismissed the complaint with leave to amend. (Docket No. 9.) Plaintiff was advised to file an amended complaint within twenty-eight days or his case would be dismissed without further notice to Plaintiff. (*Id.* at 5.)

The deadline has since passed, and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court. Accordingly, this case is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: May 22, 2018

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.17\06962Perdomo_dis