UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br><br>    Plaintiff,<br><br>v.<br><br>"PLUMBER," et al.,<br><br>    Defendants. | Case No. 17-06962 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed the instant civil rights action without prejudice for Petitioner's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 22, 2018

BETH LABSON FREEMAN
United States District Judge