UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br><br>Plaintiff,<br><br>v.<br><br>PLUMBER, et al.,<br><br>Defendants. | Case No. 17-06962 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket Nos. 12 & 15) |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983.[1] The Court dismissed the complaint with leave to amend, (Docket No. 9), and then dismissed the action without prejudice after Plaintiff failed to file an amended complaint within the time provided. (Docket No. 10.) The Court reopened the action for good cause shown, and granted Plaintiff an extension of time to file an amended complaint, *i.e.*, until July 2, 2018. (Docket No. 14.)

Plaintiff filed a motion for another extension of time of ninety days. (Docket No. 15.) Good cause appearing, the motion is **GRANTED IN PART**. No later than **September 4, 2018**, which is an extension of fifty-six days, Plaintiff shall file an **amended**

---

[1] This action was reassigned to this Court on January 19, 2018.

**complaint** to state sufficient facts to state a deliberate indifference claim as described in the Court's April 12, 2018 order. A previous motion for additional time, (Docket No. 12), shall be terminated as moot.

**Plaintiff is advised that failure to respond in accordance with this order in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

This order terminates Docket Nos. 12 and 15.

**IT IS SO ORDERED.**

Dated: July 18, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to file Am. Compl.
PRO-SE\BLF\CR.17\06962Perdomo_eot-ac