UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUMBER, et al.,<br><br>    Defendants. | Case No. 17-06962 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br><br>(Docket No. 17) |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983.[1] The Court dismissed the complaint with leave to amend, (Docket No. 9), and then dismissed the action without prejudice after Plaintiff failed to file an amended complaint within the time provided. (Docket No. 10.) The Court reopened the action for good cause shown. (Docket No. 14.) The Court granted Plaintiff an extension of time to file an amended complaint, *i.e,* until September 4, 2018. (Docket No. 16.)

Plaintiff has filed a motion for another extension of time of ninety days. (Docket No. 15.) Good cause appearing, the motion is **GRANTED IN PART**. No later than **October 16, 2018**, which is an extension of an additional forty-two days, Plaintiff shall file

---

[1] This action was reassigned to this Court on January 19, 2018.

an amended complaint.

**Plaintiff is advised that absent exigent circumstances, the Court shall not contemplate any further extensions of time.**

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: 9/11/2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to file Am. Compl.
PRO-SE\BLF\CR.17\06962Perdomo_eot2-ac

2