UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLUMBER, et al.,<br><br>　　　　Defendants. | Case No. 17-06962 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983.[1] The Court dismissed the complaint with leave to amend, (Docket No. 9), and then dismissed the action without prejudice after Plaintiff failed to file an amended complaint within the time provided. (Docket No. 10.) The Court reopened the action for good cause shown. (Docket No. 14.) The Court granted Plaintiff an extension of time to file an amended complaint, *i.e,* until September 4, 2018. (Docket No. 16.) On September 11, 2018, the Court granted Plaintiff a second extension of time to October 16, 2018. (Docket No. 18.)

The deadline has passed, and to date, Plaintiff has failed to file an amended

---

[1] This action was reassigned to this Court on January 19, 2018.

complaint or have any further communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: October 22, 2018

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.17\06962Perdomo_dism

2