IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN MUNTEZ, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 5:17-cv-06962-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

Defendants R. Binkele, E. Borla, and W. Muniz moved to change time to file a dispositive motion, requesting the Court to extend the current deadline by thirty-five (35) days.

Having read and considered Defendants' second motion to change time, and the declaration of counsel for the defendants in support of the motion, and for good cause appearing, Defendants' motion is **GRANTED**. Defendants may file and serve a dispositive motion on or before December 30, 2019.

///

///

///

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight (28) days later the date Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated: Nov 18, 2019

The Honorable Beth Labson Freeman
United States District Judge