UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br>　　　　Plaintiff,<br>　v.<br>S.V.S.P., et al.,<br>　　　　Defendants. | Case No. 17-06962 BLF (PR)<br><br>**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 43) |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against prison officials at the Salinas Valley State Prison ("SVSP"). On June 28, 2019, the Court issued an order of service directing Defendants to file a dispositive motion. (Docket No. 26.) Defendants filed a motion for summary judgment on December 30, 2019. (Docket No. 42.) Plaintiff's opposition was due January 27, 2020. On February 5, 2020, Plaintiff filed an untimely motion for an extension of time of 90 days to file an opposition. (Docket No. 43.)

In the interest of justice, Plaintiff's motion is **GRANTED IN PART**. Plaintiff shall file an opposition to Defendants' motion for summary judgment **no later than March 12, 2020,** which is an extension of 45 days from when the original opposition was due. Defendants shall file a reply brief **no later than fourteen (14) days** after Plaintiff's opposition is filed**.**

This order terminates Docket No. 43.

**IT IS SO ORDERED.**

Dated: February 7, 2020

*[signature]*
BETH LABSON FREEMAN
United States District Judge