UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARLOS PERDOMO, | Case No. 17-06962 BLF (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY** |
| S.V.S.P., et al., | |
| Defendants. | (Docket No. 48) |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against prison officials at the Salinas Valley State Prison ("SVSP"). On June 28, 2019, the Court issued an order of service directing Defendants to file a dispositive motion. Dkt No. 26. On December 30, 2019, Defendants filed a motion for summary judgment, Dkt No. 42, and Plaintiff filed an opposition on March 16, 2020, Dkt. No. 47. Defendants have filed a motion for an extension of time to file a reply. Dkt. No. 48. Good cause appearing, Defendants' motion is **GRANTED**. Defendants shall file a reply to Plaintiff's opposition **no later than April 13, 2020**. The matter will be deemed submitted on the date Defendants' reply is due.

This order terminates Docket No. 48.

**IT IS SO ORDERED.**

Dated: __April 1, 2020_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to File Reply
P:\PRO-SE\BLF\CR.178\06962Perdomo_eot.reply