UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PERDOMO,<br>    Plaintiff,<br>    v.<br>WARDEN MUNTEZ, et al.,<br>    Defendants. | Case No. 17-06962 BLF (PR)<br>**ORDER OF DISMISSAL**<br><br>(Docket No. 57) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison. The matter was referred to Magistrate Judge Illman for a settlement conference under the Pro Se Prisoner Settlement Program on August 24, 2020. Dkt. No. 54. A settlement hearing was set for October 28, 2020. Dkt. No. 56.

On October 19, 2020, the parties filed a stipulation to vacate the settlement conference and for voluntary dismissal of this matter with prejudice. Dkt. No. 57. The signed stipulation states:

> Plaintiff Carlos Perdomo and defendants R. Binkele, E. Borla, and W. Muniz have resolved this case in its entirety. Therefore, the parties stipulate to vacate the settlement conference currently scheduled on October 28, 2020. [¶] The parties further stipulate to dismissal of this

action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [¶] Each party shall bear its own litigation costs and attorneys' fees.

Dkt. No. 57 at 1.

Accordingly, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendants are DISMISSED WITH PREJUDICE.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _October 20, 2020_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.17\06962Perdomo_dism(settled)

2