United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLOS PERDOMO,<br>　　　　Plaintiff,<br>　　v.<br>WARDEN MUNTEZ, et al.,<br>　　　　Defendants. | Case No. 17-06962 BLF (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

**Dated:  __October 20, 2020_____**

　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.17\06962Perdomo_judgment